JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JEROME PHILLIPS, JR.,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF CHAD BIANCO,<br><br>Respondent. | Case No. 5:20-cv-01268-VAP-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed and the action is dismissed without prejudice.

DATED: March 7, 2022

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE